IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEXIUS M. HILL                                                                    PLAINTIFF

v.                                   No. 3:25-cv-69-DPM

LUTNER, Nurse, Wellpath, Grimes Unit;
LYNDA TEAGUE, HSA, Wellpath, Grimes
Unit; ASHLEY JACKSON, DON, Wellpath,
Grimes Unit; and SIMMONS, Head
Doctor, Grimes Unit                                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. On 16 April 2025, Lutner filed a suggestion of bankruptcy and notice of stay. *Doc. 7*. The amended final stay order automatically stays this action against Lutner—for now. *Doc. 7-2*; *In re Wellpath Holdings, Inc.*, Case No. 24-90533 (Bankr. S.D. Tex.). It likely stays this action against the other defendants, too. Regardless, the Court has discretion to stay Hill's related claims. *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006).

This case is therefore stayed *nunc pro tunc* 16 April 2025 and is administratively terminated. Lutner must keep the Court informed about the status of the Wellpath bankruptcy proceedings. Status report due 7 July 2025 and every two months thereafter. Status report due immediately when the stay is lifted or extended as to Lutner.

3. The Clerk is directed to update the docket sheet to reflect the defendant's correct name: Katherine Lutner.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 April 2025