IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEXIUS M. HILL                                                                                    PLAINTIFF
ADC # 163938

v.                                          3:25CV00069-DPM-JTK

KATHERINE LUTNER, et al.                                                              DEFENDANTS

## ORDER

On May 23, 2025, United States District Judge D.P. Marshall Jr. lifted the stay in this case and referred the action back to the undersigned. (Doc. No. 11).

The Clerk of the Court is directed to reopen the Proposed Findings and Recommendations (the "Recommendation") (Doc. No. 5) as pending.

IT IS SO ORDERED this 28th day of May, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE