IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEXIUS M. HILL                                                PLAINTIFF

v.                        No. 3:25-cv-69-DPM

KATHERINE LUTNER, Nurse, Wellpath,
Grimes Unit; LYNDA TEAGUE, HSA,
Wellpath, Grimes Unit; ASHLEY
JACKSON, DON, Wellpath, Grimes Unit;
and SIMMONS, Head Doctor, Grimes Unit            DEFENDANTS

ORDER

On *de novo* review, the court adopts Magistrate Judge Kearney's partial recommendation, *Doc. 5*, and overrules Hill's objections, *Doc. 8*. Fed. R. Civ. P. 72(b)(3). Hill fleshed out his issues with Teague, Jackson, and Dr. Simmons in his objections. But those issues aren't mentioned in his complaint. He failed to state a claim against them. Hill can file an amended complaint reviving his claims against the dismissed defendants.

Hill's medical deliberate indifference claim against Nurse Lutner in her individual capacity goes forward. His other claims are dismissed without prejudice. The Court instructs the Clerk to terminate Teague, Jackson, and Dr. Simmons as parties.

-2-

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2025