IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALEXIUS M. HILL                                                    PLAINTIFF
#163938

v.                              No. 3:25-cv-69-DPM

KATHERINE LUTNER, Nurse, Wellpath,
Grimes Unit                                                        DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 25*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Nurse Lutner's motion for summary judgment, *Doc. 18*, is granted.  Hill's claims against her will be dismissed with prejudice.  Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2026