# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ALEXIUS M. HILL                                                  PLAINTIFF
#163938

v.                              No. 3:25-cv-69-DPM

KATHERINE LUTNER, Nurse, Wellpath,
Grimes Unit;  LYNDA TEAGUE, HSA,
Wellpath, Grimes Unit;  ASHLEY
JACKSON, DON, Wellpath, Grimes Unit;
and SIMMONS, Head Doctor, Grimes Unit          DEFENDANTS

## JUDGMENT

Hill's claims against Nurse Lutner are dismissed with prejudice.

His other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2026